UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
JUL 3 1 2013
FILED

David Mabardy

v. 1:13-cv-341-PB

Scott Sanders, et al

State of New Hampshire

v. 1:13-fp-346

David Mabardy

O R D E R

The plaintiff filed a document titled "Counter Claim For Damages Civil Rights Violation" seeking a jury trial, together with the requisite civil cover sheet and filing fee. The clerk's office shall docket the plaintiff's "Counter Claim For Damages Civil Rights Violation" as a civil complaint and, pursuant to L.R. 4.3(d)(1)(A), it shall be subject to preliminary review by the magistrate judge.

Plaintiff also filed a document titled "Notice of Removal for Good Cause." The court construes the "Notice of Removal for Good Cause" to be an separate action seeking to remove to this court a state criminal prosecution. This separate removal action will not be docketed as such until a separate filing fee is paid pursuant to L.R. 4.4 or an *in forma* pauperis application has been filed in accordance with 28 U.S.C. §1915 and L.R. 4.2.

The court notes that, should the filing fee be paid or an *in forma* pauperis application be filed, the removal action will be subject to prompt review to determine whether the action should not be removed pursuant to 28 U.S.C. §§ 1142, 1442a, 1443, and 1455, and L.R. 4.3(d)(1)(A).

SO ORDERED.

Daniel J. Lynch
Magistrate Judge

Date: July 31, 2013

Cc: David Mabardy, pro se