```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

David Mabardy

     v.                                      Civil No. 1:13-cv-341-PB

Scott Sanders, et al


**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**

    The [4] Addendum/Exhibits 1 thru 3B to [1] Complaint entitled "Counter Claim for Damages Civil Rights Violations" filed by David Mabardy in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in this addendum. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the above-referenced addendum/exhibits filed by David Mabardy, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

    SO ORDERED.

                                      /s/ Landya B. McCafferty
                                      Landya B. McCafferty
                                      United States Magistrate Judge

Date: August 7, 2013

cc:   David Mabardy, pro se